# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CURTIS EWELL,<br><br>    Petitioner,<br><br>  v.<br><br>DAVID SHINN, Warden,<br><br>    Respondent. | CASE NO. 5:17-cv-01808-SK<br><br>**JUDGMENT** |

  Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: January 11, 2018

HON. STEVE KIM
U.S. MAGISTRATE JUDGE